AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-2358

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert F. Smith, Sr.
was received by me on *(date)* 8 November, 2010

☒ I personally served the summons on the individual at *(place)* 4740 E. Ahwatukee DR.
Phoenix, AZ 85044 on *(date)* November 16, 2010; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 16 November, 2010         *Tim Lyons*
                                 Server's signature

                                 Tim Lyons – Revenue Officer
                                 Printed name and title     86-18007

                                 1818 E. Southern Ave Mesa, AZ 85204
                                 Server's address

Additional information regarding attempted service, etc: