DENNIS K. BURKE
United States Attorney
Two Renaissance Square
40 N. Central Ave. Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602)514-7500

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1857

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil No. CV 10-2358-PHX-DGC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNITED STATES' RESPONSE TO** |
| | ) | **DEFENDANT'S REQUEST FOR** |
| ROBERT F. SMITH, SR. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **RESPONSE TO COMPLAINT** |
| Defendant. | ) | |
| | ) | |

Pursuant to LRCiv 7.2(c), the United States submits this response to Defendant's Request for Extension of Time to File Response to Complaint ("Request") (ECF 9).

1. Defendant Robert F. Smith Sr. seeks a 60 day extension from the date the Request was filed on December 8, 2010 to file a responsive pleading to the complaint. The United States does not oppose such 60 day extension to February 6, 2011 to allow the Defendant to find an attorney and file a responsive pleading.

2. Defendant's contention that he was served on November 22, 2010 (ECF 9, ¶3) is inaccurate. As the proof of service filed on November 22, 2010 shows, the Defendant was personally served on November 16, 2010 (ECF 6).

3. The Defendant did not attempt to determine the United States' position on the extension of time as required by LRCiv 7.3(b).

4. Defendant's contention that he does not know the reason for the complaint (ECF 9, ¶4) is disingenuous. The complaint seeks a judgment in favor of the United States for unpaid federal tax liabilities pursuant to 26 U.S.C. §§ 7401 and 7403 of the Internal Revenue Code (ECF 1, ¶1). The tax liabilities in question stem from tax years 1999, 2000, 2001, and 2002; assessments were made at various subsequent times (ECF1, ¶6). Timely notices of the assessments were given and demands for payment were made upon the Defendant, as required by 26 U.S.C. § 6303, but despite the notices and demands for payment, the Defendant has not paid the assessments against him (ECF 1, ¶¶7-8). The Defendant is well aware of his tax liability.

5. The Defendant questions the difference between the amount of assessments ($160,882.88) and the total amount in the prayer for relief ($223,145.82) (ECF 9, ¶5). The difference is not an error. The total judgment sought in the prayer for relief reflects the assessed amounts, plus interest and other statutory additions accrued but not assessed as of October 30, 2010 (ECF 1, ¶A).

WHEREFORE, the United States does not oppose 60 day time extension to February 6, 2011 and respectfully requests any other relief the court deems just and appropriate

Dated this  15 day of December, 2010.

>DENNIS K. BURKE
>United States Attorney
>
>By:   s/ Boris Kukso
>BORIS KUKSO
>U.S. Department of Justice

- 2 -

P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
T: (202) 353-1857
F: (202) 307-0054

Attorneys for the United States

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT has been made this 15th day of December, 2010, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

>Robert F. Smith Sr.
>4740 E. Ahwatukee Dr.
>Phoenix, AZ 85044

    \_\_\_\_s/ Boris Kukso_____
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice