Robert F. Smith Sr., Pro Se
11216 S. Shoshoni Dr.
PHOENIX, ARIZONA 85044
PHONE: 480 893 1769
jbobkat1@cox.net

___✓__ FILED      ___ LODGED
___ RECEIVED ___ COPY

FEB 0 3 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. CV 10-2358-PHX-DGC |
| Plaintiff ) | |
| v. ) | ANSWERS TO COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AND **REQUEST FOR JURY TRIAL** |
| ROBERT F. SMITH Sr. ) | |
| Defendant ) Pro Se ) | |

**JUDICIAL NOTICE**

1.  All officers of the US District Court are hereby placed on notice, under authority of the supremacy and equal protection clauses of the United States Constitution, and the common law authorities of Haines v Kerner, 404 U.S. 519, Platsky v. C.I.A. 953 F.2d. 25, and Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) relying on Willy v. Coastal Corp., 503 U.S. 131, 135 (1992), "United States v. International Business Machines Corp., 517 U.S. 843, 856 (1996), quoting Payne v. Tennessee, 501 U.S. 808, 842 (1991) (Souter, J., concurring). Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647, American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th Cir.

07/25/2001).

2.    Pro se litigants including Defendant are to be held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. The Court errs if Court dismisses the pro se litigant without instruction of how pleadings are deficient and how to repair pleadings.

3.    Defendant requests this Court to ONLY consider function, and NEVER form, in Defendant's pleadings, as Defendant is Pro Se. Defendant is at a disadvantage, going up against the Plaintiff who has unlimited resources, including manpower, skilled lawyers, and unlimited money. Defendant is not a lawyer, but has had to educate himself on what the law says. Therefore, the Defendant is asking for grace and understanding from the Court and your Honor.

4.    Defendant expects the Court to protect Defendant's rights, provide a fair impartial forum to allow Defendant to rebut the presumption of correction, requiring the Plaintiff to prove all claims rebutted by the Defendant.  Also to allow Defendant to present and enter into the record, relevant evidence which will rebut any proof provided by the Plaintiff.  This would include Defendant's right to present and show that the Plaintiff's agency the IRS failed to follow statute, regulations, and IRM provisions in the creation, assessment, of the alleged "tax deficiency".  The requirement to follow statutes and regulations is supported by many Courts, including the US Supreme Court.  Defendant claims that erroneously created tax liabilities are the basis for the Notices of Federal Tax Liens, which were filed in the Maricopa County Recorder's Office, against Defendant.

> *Morton v. Ruiz*, 415 U.S. 199, 94 S.Ct. 1055, 39 L.Ed.2d 270 (1974), "**agencies must follow all internal procedures if the agency action will affect a person's Constitutional rights**". In additions "**Where the rights of individuals are affected, it is incumbent upon agencies to follow their own procedures. This is so even where the internal procedures are possibly more rigorous than otherwise would be required**". Service v. Dulles, 354 U.S. 363, 388 (1957); Vitarelli v.Seaton, 359 U.S. 535, 539 -540 (1959).

5.   Defendant wishes to notify the Court that Plaintiff's agency, the IRS has hidden behind a wall of secrecy, silence, presumption and has refused to provide any evidence of a true or legal liability supported by statute. The IRS has failed to verify the alleged debt as required by statute, and evidenced by their failure to respond to a request for Verification of Debt, as authorized by Fair Debt Collection Act 15 U.S.C. § 1692(g).  See Exhibit A Demand for Verification of Debt.

6.   Therefore, before the Court wastes its valuable time, Defendant demands that the Plaintiff's agency the IRS, provide a Proof of Claim Form 4490 signed by the Revenue Officer who issued the Notice of Federal Tax Liens, or any other person who has firsthand knowledge that the alleged "tax liability" is true and correct, **and that the IRS, followed all statutes, regulations, delegation orders, and IRM provisions in the creation and issuance of the alleged "tax liability"**. Defendant also demands that the IRS make the person who signs this form, available for deposition and cross examination in the case. In the event that the IRS refuses to do this, and in our experience they have in the past refused to sign anything under penalty of perjury, all documents and claims would be hearsay evidence. Without a person(s) who is willing to **affirm** or provide **verification** that the alleged "tax liability" is correct and true, and proper procedures were followed, Defendant has no accuser to confront in court, and the case should be dismissed.

7.   Defendant wishes to inform the Court that Congress has provided in 26 U.S.C. § 6325(a)(1) Release of lien or discharge of property, which provides authority to the Secretary to **release any lien** that has been satisfied, or is **legally unenforceable**. Defendant has no evidence and believes that none exists, that the liens are legally assessed as required per 26 U.S.C. § 6201 since this statute only allows assessment of taxes, "***which have not been <u>duly paid by stamp</u> at the time and in the manner provided by law***."  The blatant misuse of this statute for income tax is prima facie evidence of operating under color of law. Therefore they must be abated per 26 U.S.C. § 6404 Abatement. (a)The Secretary is authorized to abate the unpaid portion of the

assessment of any tax or any liability in respect thereof, which - (3) **is erroneously or illegally assessed.**

## TAX LAWS ARE SUBJECT TO STRICT CONSTRUCTION

8. The Courts have ruled that tax laws are subject to strict construction. Tax laws are clearly in derogation of personal rights and property interests, and are therefore, subject to strict construction, and **any ambiguity must be resolved against imposition of the tax.** In *Billings v. U.S.*, 232 U.S. 261, 34 S.Ct. 421 (1914), the Supreme Court clearly acknowledged this basic and long-standing rule of statutory construction:

> **"Tax statutes . . . should be strictly construed, and, if any ambiguity be found to exist, it must be resolved in favor of the citizen.** *Eidman* v. *Martinez*, 184 U.S. 578, 583; *United States* v. *Wigglesworth*, 2 Story, 369, 374; *Mutual Benefit Life Ins. Co.* v. *Herold*, 198 F. 199, 201, aff'd 201 F. 918; *Parkview Bldg. Assn.* v. *Herold*, 203 F. 876, 880; *Mutual Trust Co.* v. *Miller*, 177 N.Y. 51, 57." (Id at p. 265, emphasis added)

9. Again, in *United States v. Merriam*, 263 U.S. 179, 44 S.Ct. 69 (1923), the Supreme Court clearly stated at pp. 187-88:

> "On behalf of the Government it is urged that taxation is a practical matter and concerns itself with the substance of the thing upon which the tax is imposed rather than with legal forms or expressions. **But in statutes levying taxes the literal meaning of the words employed is most important, for such statutes are not to be extended by implication beyond the clear import of the language used. If the words are doubtful, the doubt must be resolved against the Government and in favor of the taxpayer.** *Gould* v. *Gould*, 245 U.S. 151, 153." (emphasis added)
>
> See also: *Royal Caribbean Cruises v. United States*, 108 F.3d 290 (11th Cir. 1997); *B &M Company v. United States*, 452 F.2d 986 (5th Cir. 1971); *Kocurek v. United States*, 456 F. Supp. 740 (1978); *Norton Manufacturing Corporation v. United States*, 288 F. Supp. 829 (1968); *Grays Harbor Chair and Manufacturing Company v. United States*, 265 F. Supp. 254 (1967); *Russell v. United States*, 260 F. Supp. 493 (1966).

10. These following courts have ruled that a tax liability must be of **statutory origin**. In other words, a statute must exist in order to make a person liable.

> *Bente v. Bugbee* 137 A. 552, 553, 103 N. J. Law 608 . "A tax is a legal imposition **exclusively of statutory origin** (37 Cyc.724, 725), and, naturally,

**liability to taxation must be read in the statute,** or it does not exist."
(Emphasis added).

*State v. Chicago & N.W.R. Co.*, 112 N.W. 515, 520; 132 Wis. 345, quoting and
adopting the definition in *State v. Certain Lands* in Redwood County, 42 N.W.
473, 40 Minn. 512, the court held:
"That a tax is a **liability created by statute** we think admits of no doubt, either
upon principle or authority."  (Emphasis added)


## PLAINTIFF (IRS) IS REQUIRED TO FOLLOW THEIR INTERNAL PROCEDURES

11.   Defendant claims that the Plaintiff's agency IRS has not only failed to follow some
      statutes, and regulations, but also has failed to follow their own internal procedures in the
      creation of the alleged "tax liability", making the Federal Tax Assessment flawed. Failure
      to follow these procedures, known as Internal Revenue Manual (IRM) Provisions, makes
      any alleged "tax liability" void under the law. The IRS must follow their revenue
      procedures as confirmed by IRM 4.10.7.2.6 (01-01-2006) Revenue Rulings and
      Procedures states in part; "*Internal Revenue Service employees must follow revenue
      rulings and revenue procedures.*"

12.   The US Supreme Court has also ruled on this in *Morton v. Ruiz*, 415 U.S. 199, 94 S.Ct.
      1055, 39 L.Ed.2d 270 (1974),  "…**agencies must follow all internal procedures if the
      agency action will affect a person's Constitutional rights**" (emphasis added).
      Defendant claims that erroneously or illegally creating a "tax deficiency", were done
      under color of law, and the collection thereof, is a violation of Defendant's Constitutional
      rights, and this is what was done by the Plaintiff's agency the IRS.

13.   In addition, the US Supreme Court ruled in *Service v. Dulles*, 354 U.S. 363, 388 (1957);
      *Vitarelli v.Seaton*, 359 U.S. 535, 539 -540 (1959).  **Where the rights of individuals are
      affected, it is incumbent upon agencies to follow their own procedures. This is so
      even where the internal procedures are possibly more rigorous than otherwise
      would be required**". (emphasis added)

14. As Judge Manos observed in *Standard Oil,* 453 F.Supp. at 243, **"agency action taken in disregard of statutory rulemaking procedures is void"**:  See e.g. *Consumers Union of United States, Inc. v. Sawhill,* 393 F.Supp. 639 (D.D.C.), aff'd per curiam, 523 F.2d 1404 (TECA 1975);  *Joseph v. United States Civil Service Comm'n,* 18 U.S.App.D.C. 281, 294-95, 554 F.2d 1140, 1153-54 (1977);  *Rodway v. United States Dept. of Agriculture,* 168 U.S.App.D.C. 387, 395, 514 F.2d 809, 817 (1975);  *United States v. Finley Coal Co.,* 493 F.2d 285, 291 (6th Cir.1974):  (emphasis added)

**ITEM 1 - RESPONSE TO CAUSE OF ACTION**

15. According to the Internal Revenue Manual (IRM) 34.6.2.1 (08-11-2004) Reducing the Tax Claim to Judgment, the principal purpose for instituting a suit to reduce tax claims to judgment, is to <u>extend the statute of limitations</u> for collection. Plaintiff's agency the IRS has had nearly 10 years to do this, and they have discovered that they are uncollectable due to Defendant's financial situation.

16. Federal Tax Liens expire after 10 years.  This statutory limitation was put into place by Congress for a very good reason, to prevent the continuous pursuit of the government (with unlimited recourses) against an individual (with little or no resources).  In the vast majority of Federal Tax Liens, after this 10 year period was expired, the lien is removed from the record since it was considered uncollectable.  This suit appears to be brought forward because the collection period will shortly expire and the IRS wishes to guarantee their right to collect, even after the normal statute of limitation runs out.  So, Defendant questions the motive of the Plaintiff's agency IRS in this manner, and why are they making an exception from how they treat others?

17. Defendant claims that Plaintiff's agency the IRS is not applying the law equitably, since the IRS routinely allows the majority of Federal Tax Liens to expire after the ten year period.  Defendant meets the legal requirements of "uncollectable", as he has been for the past 8 years.  Defendant's only guaranteed source of income is his Social Security.

Defendant has been forced to live off this, plus any charity he may receive, in order to barely survive over the past 8 years. The attempt to obtain a judgment on Federal Tax Assessments is a legal option the government may be legally entitled to under special circumstances, but the question is, why are they doing this? Again the question of motive arises in this case. Could it be retaliation?

18. Defendant believes that some unknown person has submitted a false claim to the IRS years ago, that the Defendant has, or is hiding a large sum of money. This claim is false; however, it did not stop the IRS from viciously pursuing the Defendant.  In November and December of 2007, during a court ordered meeting, the IRS discovered the truth. Defendant has little or no earnings other than Social Security, which the Defendant contends the IRS has unjustly levied for many years now.  In December 2007 the IRS Revenue Officers had firsthand knowledge physical evidence of all Defendants' financial information, and that he met the legal requirements of uncollectable, yet they continue to pursue him. Again Defendant questions the motive of this type of behavior by the Revenue Officer, and now the Plaintiff.

19. Defendant's financial situation is such that he should be classified as "Non Collectable" for the past 8 years.  However, for whatever reason, Revenue Officer Tim Lambeth or Lyons, has refused to **approve the recommendation** by the Tax Advocate Service, to make Defendant Currently Non Collectable (CNC).   The IRS continued to levy Defendant's Social Security until October 2010, and for no apparent reason the IRS stopped the levy. Then in November of 2010, the government pursued this civil action. Defendant questions this action and the motive by the IRS.

20. Defendant believes that the motive behind this law suit may very well be personal, and done out of retaliation.  One reason could be that Defendant's representative filed a criminal complaint against and IRS Revenue Officer, DBA Debra Vahe, for perjury which she committed in late September 2007, in an attempt to have Defendant jailed for Contempt of Court. Thank God, the Federal Judge believed Defendant rather than the IRS's fraudulent sworn testimony.

21.    Plaintiff is relying on the Court to **presume** that these Federal Tax Assessments are valid and procedurally proper assessments.  While it is generally accepted that Federal agencies are entitled to a presumption of good faith and regularity in arriving at their decisions, that presumption is not irrebuttable, and **Defendant asks the Court to not grant this to the Plaintiff, or it agency in this case**.

22.    Defendant **rebuts any and all presumptions** made in the case, that these Federal Tax Assessments as presented to the Court are correct, or that they were procedurally and/or properly determined and assessed as required by law to be valid. Defendant has evidence that they were not, and demands the Plaintiff to prove that they were.

23.    Defendant further contends that the Plaintiff's agency the IRS has failed to provide a meaningful due process forum, or opportunity to rebut the presumption as required by law. The US Supreme Court has ruled irrebuttable presumptions would be a violation of due process.

> *Vlandis v. Kline*, 412 U.S. 441 (1973).
> **"...irrebuttable presumptions have long been disfavored under the Due Process Clauses of the Fifth and Fourteenth Amendments."** (emphasis added)

24.    The only face-to-face meeting provided was a Court ordered meeting in September 2007, in which Defendant challenge the alleged "tax liability", and asked specifically;
1) What tax do they (IRS) claim he owes?
2) What statute makes him liable for that tax?
The two Revenue Officers **refused** to provide answers to these two basic questions, and refused to provide any evidence, to back their claim of this alleged liability which they claimed was owed.  Defendant questions the integrity and qualifications of these two Revenue Officers who cannot provide the statute, written by Congress, to back their claim.

> *Leavell v. Blades*, 141 S.W. 893, 894 (Mo. 1911)
> "When the tax gatherer puts his finger on the citizen, **he must also put his finger on the law permitting it**." (emphasis added)

25. In a decision reached in the case of Bothke v. Fluor Engineers and Constructors, Inc. 713 F.2d 1405 (9th Cir. 1983) states in part, ***"When and if IRS Personnel are notified of irregularities, protests, objections, etc., it is up to the officer or agent to prove authority."*** (emphasis added).  If the IRS officer or agent fails to prove authority when challenged, he/she may be held liable, without immunity, if it later proves that there were in fact, procedural flaws, and authority was imposed without the force of law.

26. Defendant believes that Plaintiff is committing **fraud** upon Defendant, and now upon this Court by bringing such demand into court, without any evidence or proof backed by testimony.

> **Fraud -** An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right.  **A false representation of a matter of fact which deceives and is intended to deceive another so that he shall act upon it to his legal injury**.  It consists of some deceitful practice or willful device, resorted to with intent to deprive another of his right, or in some manner to do him injury. Black's Law Dictionary Fifth Edition, page 594.

27. The Courts have ruled that a tax liability must be found in the statutes. Plaintiff's agency the IRS has refused to provide this statute. **Either it exists, or it does not**. The fact is that the Plaintiff agency IRS cannot produce the statute that makes Defendant liable, yet acts as if it exists. This is a presumption which Defendant rebuts.  No lien may be issued if no liability exists.

> *Bente v. Bugbee,* 137 A. 552; 103 N.J. Law. 608 (1927) "A tax is a legal imposition, exclusively of statutory origin (37 Cyc. 724, 725), and, naturally, **liability to taxation must be read in statute**, or it does not exist." (emphasis added)

> *Higley v. Commissioner of Internal Revenue,* 69 F.2d 160 (1934) "... **liability for taxation must clearly appear** [from statute imposing tax]." (emphasis added)

28.   Tax liens authorized via 26 U.S.C. § 6321 are filed against persons **"liable"** for the tax. If there is no legal liability, then there can be no legal liens. Plaintiff's agency the IRS has refused to provide the statute which clearly states who is liable for income tax.

> 26 U.S.C. § Lien for taxes.
> If any person liable to pay any tax neglects or refuses to pay the same after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal, belonging to such person.

29.   A review of 26 U.S.C. 4401(a)(1)(c) will show that Congress clearly listed or defined Persons liable for tax. The same is true in § 4611; § 5005; § 5043. The only place in which Congress has made a person liable in Subtitle A (Income Tax) is found in § 1461. Therefore the question of "liability" is at the core of this case and must be proven and not presumed since Defendant rebuts any presumptions.

30.   Defendant has not had a hearing in regards to the erroneously and fraudulently created Substitution For Returns (SFR's) by the Plaintiff (IRS).   Therefore, Defendant's has not had any due process.

> *Armstrong v. Manzo*, 380 U.S. 545 (1965).
> **"A fundamental requirement of due process is the opportunity to be heard."** (emphasis added)
>
> *Grannis v. Ordean*, 234 U.S. 385, 394 **. It is an opportunity which must be granted at a meaningful time and in a meaningful manner."** (emphasis added)

31.   Congress has stated at 26 U.S.C. § 6404(a) "*The Secretary is authorized to abate the unpaid portion of the assessment of any tax, or any liability in respect thereof, which— (3) is erroneously or illegally assessed.*" Defendant had requested this abatement and submitted the request as stated in the statute, regulation and IRM provision, but this was impossible to comply with, since the position listed (District Director), no longer exists. The request therefore was sent to the Area Manager, but this employee failed to even respond.  This failure to respond is prima facie evidence that the Area Manager does not

have the authority to abate the erroneous or illegal assessments, that only the District Director has this authority.

32. In effect, the Plaintiff agency the IRS has given **Defendant NO remedy to cure the wrong**. Therefore Defendant is requesting that the Court provide the forum for Defendant to challenge the alleged tax liability, and allow the Plaintiff's agency the IRS to provide proof of claim.  Defendant will then provide his evidence including cross examination of IRS employees, and then will ask the Court, via a jury, to make the proper and legal determination that the Plaintiff's agency IRS assessments were erroneous and created illegally.

33. Defendant contends that to convert a **presumed** Federal Tax Assessment into a Judgment without giving the Defendant a fair opportunity to challenge the presumption, would be a violation of Defendant's Constitutional Right of due process under the 4th and 5th Amendments.

> *Heiner v. Donnan* 285 U.S. 312 (1932).
> **"...a statute which imposes a tax upon an assumption of fact which the [presumed] taxpayer is forbidden to controvert is so arbitrary and unreasonable that it cannot stand under the Fourteenth Amendment."** (emphasis added)
>
> *Vlandis v. Kline,* 412 U.S. 441 (1973).
> **"...irrebuttable presumptions have long been disfavored under the Due Process Clauses of the Fifth and Fourteenth Amendments**." (emphasis added)
>
> *Grannis v. Ordean,* 234 U.S. 385, 394
> **"A fundamental requirement of due process is "the opportunity to be heard."** (emphasis added)
>
> *Armstrong v. Manzo*, 380 U.S. 545 (1965).
> **"It is an opportunity which must be granted at a meaningful time and in a meaningful manner**." (emphasis added)

34. Defendant has not been allowed to be heard without fear of retaliation in regards to the illegal SFR and audit done by the Plaintiff (IRS).

> *Joint Anti-Fascist Comm. v. McGrath,* 341 U.S. 123, 168 (1951).

**"The right to be heard before being condemned to suffer grievous loss of any kind, even though it may not involve the stigma and hardships of a criminal conviction, is a principle basic to our society."** (emphasis added)

## ITEM 2 RESPONSE TO AUTHORITY FOR SUIT

35.   Plaintiff states in the complaint that they have the authority to bring this case pursuant to 26 U.S.C. § 7401 and § 7403.  Plaintiff's exact words used in complaint on item 2 page 2 were; "*at the direction of the Attorney General of the United States, and at the authority of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.*"

36.   Defendant has no evidence, and believes that none exists that Plaintiff has this authority as they claim.  Therefore, Defendant **rebuts this statement** presented by Plaintiff, and demands proof that in fact this claim is true, demanding that such evidence be brought forward including properly signed chain of delegation orders from the Secretary to the Chief Counsel, and a letter from the US Attorney General authorizing this action.

*United States v. Lee*, 106 U.S. 196, 1 S.Ct. 240 (1882):
"No man in this country is so high that he is above the law. **No officer of the law may set that law at defiance with impunity.** All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it**. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives," 106 U.S., at 220.** (emphasis added)

"Shall it be said * * * that the **courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession?** If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights," 106 U.S., at 220, 221. (emphasis added)

37. Defendant believes, that for the Court to have jurisdiction in this case, Plaintiff must prove that they have authority to be present, and that they have complied with the requirements set forth by Congress in 26 U.S.C. § 7401.  Defendant questions the Prosecutorial Authority by the DOJ Attorneys in this case.

38. Defendant rebuts that Plaintiff has the authority under 26 U.S.C. § 7403 as they claim. The statute clearly states in part; "*In any case where there has been a **refusal or neglect to pay any tax.***"  Defendant did not refuse or neglect to pay the alleged tax. The Defendant wrote many letters asking for verification, and the Plaintiff's agency the IRS refused to provide answers to questions, or any evidence. Just continuing to demand that the amount was owed, does not make a liability.

> **NEGLECT,** *n.* The omission of proper attention to a person or thing, whether inadvertent, negligent, or willful; the act or condition of disregarding. — **neglect,** *vb.* — **neglectful,** *adj.*

39. The Courts have ruled that there must be a valid "tax liability", and merely demanding repeatedly does not make it a liability.  The Court also ruled that a procedurally proper assessment is required.

> *Bothke v. Terry*, 713 F. 2d 1405, at 1414 (1983)
> "**Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability**.  For the condition precedent of liability to be met, **there must be a lawful assessment**, either a voluntary one by the taxpayer **or one procedurally proper by the IRS**." (emphasis added)

40. The Plaintiff's agency the IRS has failed to prove that a tax is legally owed, and that it has been **procedurally properly assessed as required by law**. Defendant has no evidence and believes that none exists which would support the presumption by the Plaintiff that Defendant refused, or neglected to pay any proper or legally owed taxes.  It is the Plaintiff's responsibly to prove that Defendant refused, or neglected to pay the alleged tax liability, and that the tax was legally and procedurally properly assessed. If said proof is offered, at that time Defendant will bring forth his evidence to rebut the Plaintiff's false claim.

41.     Defendant has no evidence, and believes that none exists, that the DOJ Attorneys have legal, written, expressed authority of the US Attorney General or his delegate, at the request of the Secretary.  Defendant believes that in fact, the DOJ may be trespassing on this case, and has no judicial authority to take legal action as they claim to have.

**ITEM 3 RESPONSE TO JURISDICTION**

42.     It appears that according to the statutes provided in the complaint, the statutes do provide statutory jurisdiction for this type of case to this Court.  However, if in fact Plaintiff has no authority per § 7401 then the Court may not have jurisdiction to hear this case making this a mute point.

43.     Defendant is not sure if any other requirements are necessary for jurisdiction to be authorized, other than by statute.  If Defendant's acceptance or permission (authority) is required for Jurisdiction to happen, then Defendant withholds his acceptance, permission, consent or approval as a matter of his rights.  This response to the complaint is not to be presumed as Defendant's consent for jurisdiction.

44.     Defendant reserves the right to challenge jurisdiction at any time should he become aware of other facts, and wishes to challenge it later.

> *Stuck v. Medical Examiners*, 94 Ca2d 751.211 P2s 389
> "Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist."
>
> *Maine v. Thiboutot*, 100 S. Ct. 250
> "Jurisdiction, once challenged, cannot be assumed and must be decided."
>
> *Brooks v. Yawkey*, 200 F. 2d 633
> "... Federal jurisdiction cannot be assumed, but must be clearly shown."
>
> *Louisville R.R. v. Motley*, 211 U.S. 149, 29 S. Ct. 42
> "If any tribunal finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed."

**ITEM 4 RESPONSE TO VENUE**

45.     Defendant was unable to determine the legal definition of District of Arizona, and therefore cannot admit that he resided in the District of Arizona.  Therefore, Defendant must respectfully rebut that he resides in the District of Arizona until evidence is provided otherwise.

46.     Defendant does not wish to voluntarily give up any rights, jurisdiction, or venue where none may exist, by making a claim that he resides in the District of Arizona or any Federal zone or enclave.

> *Brady v. U.S.*, 397 U.S. 742 at 748 41(1970)
> **"Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."** (emphasis added)

47.     Defendant hereby also denies and rebuts any presumption that he worked or resided within the Federal jurisdiction, was residing or working in the "State" as defined by Title 26 U.S.C. § 7701(a)(10), or within State's jurisdiction.

48.     Defendant denies and rebuts the claim by Plaintiff that Defendant resides within the jurisdiction of this Court. It appears that by admitting this claim, or failing to rebut it, the Defendant is again providing jurisdiction where it may not legally exist otherwise.

**ITEM 5 RESPONSE TO IDENTIFICATION OF DEFENDANT**

49.     Defendant Robert F. Smith is a 76-year-old male who has not been able to work full time since a near fatal automobile accident in September 2003.

50.     Defendant is what the Plaintiff agency the IRS is legally allowed to call a non-filer. However, a non-filer does not mean that Defendant broke the law or did anything wrong. The statute 26 U.S.C. § 6012 is the statute, which explains when a person must file a tax

return.   If a person does not meet that requirement, then they are not required by law to file a tax return, and therefore they become a non-filer with a zero tax liability.  There are nearly 15 million individuals and families who earned some "income", but not enough to be required to file a tax return. When these non-filers are added to the people who filed, but had a zero tax liability (non-payers), they add up to 57.5 million income-earning people who will legally be paying no income taxes.

http://www.taxfoundation.org/research/show/542.html

51.    Defendant claims that the Plaintiff agency the IRS has unfairly harassed him for nearly 10 years. Making false claims, and operating under color of law to bring harm to Defendant.  Defendant claims that IRS employees had knowingly violated Internal Revenue Code of 1986, Department of Treasury regulations, or policies of the Internal Revenue Service (including the Internal Revenue Manual) for the purpose of retaliating against, or harassing Defendant, a crime for which their employment should be terminated, under the IRS RRA of 1998.

52.    The relentless actions by the IRS have resulted in the Defendant losing his wife of 28 years to a divorce, brought on by IRS harassment of her.

53.    Defendant has also lost his only Son, who, in May 2007, was killed on the border when his Helicopter crashed while he was flying in the service of his country.

54.    In addition, Defendant has lost his home, and has been forced to move two three times in the past 14 months.

55.    Defendant has not been able to find any full time work for nearly 8 years. Defendant drives a 1988 Lincoln town car, which has broken down about 6 times in the past three years. Defendant has had to rely on friends to help him pay and fix the vehicle.

56. Defendant has had to rely on charity from friends to survive from month to month, a fact known by the IRS since the year November 2007.

57. Defendant's financial situation is such that he should be classified as "Non Collectable" for the past 8 years. Defendant has been suffering economic hardships and is unable to pay for utilities and car repairs.  The IRS continued to levy Defendant's Social Security until October 2010, when for no apparent reason the IRS stopped the levy, then in November of 2010, the government began this civil action.

**ITEM 6 RESPONSE TO CLAIM FOR RELIEF**

58. Defendant hereby rebuts any presumptions that he is liable for the tax liens filed by the IRS. Tax liens authorized via 26 U.S.C. § 6321 are filed against persons **"liable"** for the tax, there has been no evidence presented that a statutory tax liability exists.

> 26 U.S.C. § 6321 Lien for taxes.
> If any person **liable** to pay any tax **neglects or refuses** to pay the same after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal, belonging to such person.

59. Defendant claims that the Plaintiff's agency the IRS has **refused** to provide the statute that makes Defendant liable for the alleged debt.  The Courts have ruled that a tax liability must be found in the statutes.   Since the IRS has refused to show the statute which makes Defendant liable for the tax they are trying to collect, Defendant believes that they are committing FRAUD.

60. Defendant hereby also **rebuts any and all presumptions** that these Federal Tax Assessments presented are accurate or valid, or that they were properly and legally created as required by statute, regulation, and IRM provisions. Defendant has evidence that the Federal Tax Assessments presented, were erroneously and illegally created under

the color of law, using a fraudulent process called Substitution For Return (SFR) under the alleged authority of 26 U.S.C. 6020(b).

61. Although this SFR process is a common practice within the IRS, it does not mean that it was legally done, or that the IRS followed the law and process to complete it. Defendant has no evidence and believes that none exists in which the Plaintiff's agency the IRS can show anyplace in the statutes, regulations, Delegation Orders, or IRM provisions where it is specifically written, that they are authorized to create a **1040 tax return for income tax on an individual** under the authority of 26 U.S.C. § 6020(b).

62. Defendant claims, and has evidence that Plaintiff agency the IRS created these "tax deficiencies" for the years 1999, 2000, 2001 and 2002 under the color of law. It was these fraudulently created "tax liabilities" which became the "tax deficiencies" which then were converted into Federal Tax Liens.

63. Defendant claims, and has evidence that the Plaintiff's agency the IRS failed to follow the IRM provisions and the Delegation Order when they created these SFR's. Plaintiff is required to show proof that they did comply with the statutes, regulations, IRM provisions, and the Delegation Order when they created the SFR.  At that time, Defendant will rebut that claim and provide evidence that the IRS are over stepping their authority, operating under color of law, and operating beyond the clear wording of the statutes, regulations, IRM, and the Delegation Order, when they create these SFR's.

64. Plaintiff has the legal responsibly to prove their claim. Defendant demands that the Plaintiff produce witnesses to substantiate all claims. *In judicio non creditur nisi juratis.* In law, none is credited unless he is sworn. All the fact, when established by witnesses, must be under oath or affirmation.

65.   Defendant rebuts all numbers presented, since the proper and legal tax amount should be "zero", and all penalties and interest would not exist if the tax amount was zero.

66.   Defendant demands that the Plaintiff show proof that they did comply with the statutes, regulations, IRM provisions, and the Delegation Order when they created the SFR's.  At which time, Defendant will rebut their claim and provide evidence that the IRS were over stepping their authority, operating under color of law, and operating beyond the clear wording of the statutes, regulations, IRM, and the Delegation Order, when they created these SFR's.

67.   Defendant specifically rebuts the presumption that a valid and legal "tax deficiency" exists, or that the deficiency was assessed properly as required by statute and regulation.

68.   Defendant specifically rebuts the presumption that a statutory tax liability exists. Defendant has no evidence, and believes that none exists to support the Plaintiff's presumption that Congress has written a statute that makes Defendant liable for income tax, as Congress has written for 43 other type of taxes.  Defendant demands that the Plaintiff produce the statute written by Congress making Defendant liable for income tax.

**ITEM 7 RESPONSE TO CLAIM FOR RELIEF**

69.   Defendant admits that it appears that timely notices of the assessments were done per 26 U.S.C. 6303. However, Defendant rebuts that the assessments are correct, or were done in compliance with the law.

**ITEM 8 RESPONSE TO CLAIM FOR RELIEF**

70.     Defendant rebuts this claim made by the Plaintiff.  Defendant did not refuse or neglect to pay the amount of assessments.  Defendant demands that the Plaintiff provide evidence that this statement is true. Defendant is prepared to present evidence that he has not refused or neglected to pay the alleged tax liability as they claim.

71.     Defendant wishes to notify the Court that Plaintiff's agency the IRS has hidden behind a wall of secrecy, and presumption, and has refused to provide any evidence of a true or legal liability. Plaintiff's agency the IRS has failed to be sincere, truthful, and straight forward, and to answer any questions regarding the liability of the alleged debt.

72.     The IRS has, prior to this court action, failed to verify the alleged debt. Therefore, Defendant demands that the Plaintiff's agency the IRS, provide written verification and proof of claim, signed under penalty of perjury, by the Revenue Officer who issued the Notice of Federal Tax Liens, or any other person who has firsthand knowledge that the alleged "tax liability" is true and correct, and that the IRS, followed all statutes, regulations, delegation orders, and IRM provisions in the creation and issuance of the alleged "tax liability".

73.     Defendant demands that the IRS make the person(s) who sign(s) this form(s) available for deposition and cross examination in this case.

74.     In the event that the IRS refuses to do this, then Defendant has no accuser to confront in court, and the case should be dismissed.  A judgment on presumption with no evidence and sworn testimony by the very people, who make the claim, is a violation of Defendant's Constitutional rights.

## SUMMARY

75.     As a pro se litigant, I am entitled to leniency by the Court. I am requesting that the Court only consider the function, never the form of my pleadings. Defendant is not a lawyer,

and has had to educate himself on what the law says, and is asking the Court, and your Honor, for grace and understanding, and to be fair and impartial in allowing me to rebut the presumption of correction, and to enter into the record evidence that meets the requirements set forth in the rules, showing how the IRS employees ignore the law, and what the U.S. Supreme Court has ruled.

76.     Defendant respectfully reminds the Court that; **"Tax statutes . . . should be strictly construed, and, if any ambiguity be found to exist, it must be resolved in favor of the citizen."** This, along with numerous other similar U S Supreme Court rulings on this subject, should be followed.

77.     Defendant respectfully reminds the Court that; **"Agencies must follow all internal procedures if the agency action will affect a person's Constitutional rights"**. To do otherwise, is a violation of the law, and makes the Federal Tax Liens void.

78.     The US Supreme Court has ruled irrebuttable presumptions would be a violation of due process. Plaintiff has not presented any facts supported by testimony. Defendant has not been given due process, and certainly has not been able to confront his accuser. This opportunity to be in court will provide these rights, and allow Defendant to confront his accuser, and challenge the correctness of the alleged Federal Tax Assessments, since they were fraudulently created under the color of law and in violation of statutes, regulations and IRM provisions.

79.     Defendant believes that Plaintiff is committing fraud upon Defendant, and now upon this Court, by bringing such unverified demands and claims into court without any sworn statements to back them. Sworn testimony for an Assessment Officer is not proof that the amount is owed, or that the proper procedure were followed in the creation of the Federal Tax Liens were followed.

80.   Defendant demands that each IRS employee who had any part in the creation of the alleged "tax deficiency" comply with 26 U.S.C. § 6065 which requires; "*any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.*"

81.   Defendant has rebutted presumption of correctness of all the numbers presented, and points out that they are not sworn to under oath. *In judicio non creditur nisi juratis;* In law, none is credited unless he is sworn. All the facts must, when established by witnesses, be under oath or affirmation.  The Plaintiff has the responsibility to prove their claim.

82.   Plaintiff has failed to verify the alleged debt as evidenced by their failure to respond to a request for Verification of Debt, as authorized by Fair Debt Collection Act 15 U.S.C. § 1692(g).  Requests were made to verify this alleged debt, or abate it, from the local Revenue Officer, up to the Area Manager, all failed to respond to these requests. In effect, the Plaintiff's agency the IRS has failed to verify the debt, or abate it and just remain silent.

> *U.S. v. Prudden*, 424 F.2d. 1021; *U.S. v. Tweel*, 550 F. 2d. 297, 299, 300 (1977)
> **"Silence can only be equated with fraud when there is a legal and moral duty to speak or when an inquiry left unanswered would be intentionally misleading.  We cannot condone this shocking conduct... If that is the case we hope our message is clear.  This sort of deception will not be tolerated and if this is routine it should be corrected immediately."** (emphasis added)

> *Morrison v. Coddington*, 662 P. 2d. 155, 135 Ariz. 480(1983).
> **"Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth."** (emphasis added)

83.   Defendant has rebutted the presumption that 26 U.S.C. § 6020(b) gives Plaintiff (IRS) authority to create a SFR for income tax, and create a Form 1040 for the Defendant. Several IRM provisions limits the types of returns to be created under the authority of

§ 6020(b), and the enforcement regulation for § 6020(b) is found in 27 C.F.R. § 53 & § 70.

84. Defendant has evidence that the Plaintiff's agency the IRS has falsified Defendant's Individual Master File, classifying Defendant as a Small Business. A step necessary to trick their own computer, and bypass the statutory compliance check done by the computer, which would not normally allow a SFR to be created against an individual.

85. Plaintiff's agency the IRS has also redacted several IRM provisions on the web site, which prevents Defendant and others from reading them, in order to conceal the true limitations of issuing these SFR's. Over and over again, they continue to operate under color of law. All of these actions by IRS constitute fraud against the Defendant and the Court.

86. Defendant has no evidence and believes that none exists which will confirm proper delegation from the Secretary to the IRS employees who are operating on his behalf. Defendant questions the existence of a properly signed Delegation Order(s) which would prove authority from the Secretary to the IRS employee.

87. Defendant's financial situation is such that he should be classified as "Non Collectable", for the past 8 years. However, for whatever reason, Revenue Officer, Tim Lambeth (Lyons), has refused to approve the recommendation from the Tax Advocate Service. This is prima facie evidence that there is some personal reason why Revenue Officer, Tim Lambeth is electing to discriminate against Defendant and not follow the law.

88. Defendant is asking the Court to compel the Plaintiff to submit proof of claim, and sworn statements that not only is the alleged amount owed, but that the IRS followed all the proper statutes, regulations and IRM provisions in the creation of these Federal Tax Liens. If they are not willing to do this, then we move that the Court provide relief for

Defendant by issuing an order to have all of the Liens removed, and put an end to this 11 year nightmare.

> *Boyd v. U.S.*, 116 U.S. 616
> "The court is to protect against any encroachment of constitutionally secured liberties."

## REQUEST FOR RELEIF

89.  Defendant prays that the Court will be the guardian of Defendant's rights, and truly the impartial arbitrator it was intended to be.  That the Court will see the fraud committed by the Plaintiff (IRS) in this case, from the false amounts of the assessments, to the operating beyond the authority granted by Congress in the statute, to the misapplication of statutes, regulations and IRM provisions in order to  support their own needs.

90.  Although it would be impossible to restore Defendant's marriage, or loss of home, health, and other such losses, the removal of the fraudulently created liens, and restitution of money taken by the levy, along with recommendation for criminal charges against individuals who knowingly participated in this fraud, would go a long way to sending a message to the Plaintiff (IRS), that this Court is not going to stand by and allow this abuse any longer.

## REQUEST FOR JURY TRIAL

91.  Defendant Robert F Smith hereby notifies the Court of his request for a jury trial,

92.  Unless the Court has now dismissed the case.

Robert F. Smith Sr. PRO SE
11216 S. SHOSHONI DR.
PHOENIX, ARIZONA 85044

1

2                              **CERTIFICATE OF SERVICE**

3

4     IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT'S ANSWERS TO

5     COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AND

6     REQUEST FOR JURY TRIAL, with attachments, has been made this 2nd day of February 2011,

7     by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed

8     to:

9

10    DENNIS K. BURKE
11    United States Attorney
12    District of Arizona
13    40 North Central Avenue Ste 1200
14    Phoenix, Arizona 85004-4408
15    (602) 514-7500
16

17    BORIS KUKSO
18    Trial Attorney, Tax Division
19    U.S. Department of Justice
20    P.O. Box 683. Ben Franklin Station
21    Washington, D.C. 20044-0683
22

23

24                                    Robert F. Smith Sr.
25                                    11216 S. Shoshoni Dr.
26                                    Phoenix. Arizona 85044
27                                    DEFENDANT  PRO SE
28

29

30

31

Robert-Fleck :Smith
4631 E. Monte Way Phoenix AZ 85044

**USPS Certified Mail No.**: 7007 1490 0002 4463 2805

---

| | |
|---|---|
| **Linda E. Stiff, # Un-Known,**<br>Acting Commissioner of Internal Revenue<br>Internal Revenue Service<br>Room 5226<br>1111 Constitution Avenue, NW<br>Washington, D.C. 20224 | **D. Vahe, 86-18008 , Revenue Officer**<br>**Tim Lambeth, 86-18007, Revenue Officer**<br>40 W Baseline Rd Suite 213. M/S 5117<br>Tempe. AZ 85238 |

December 14, 2007

### Notice of Demand for Verified Assessment Required Under
### TITLE 15 CHAPTER 41 SUBCHAPTER V § 1692
### for Year 1999, 2000, 2001, 2002,
### account # 204269078;
### For Cease and Desist Abusive Collection Practice and Removal of all Liens and Levies

Commissioner of Internal Revenue; Linda E. Stiff and your Agents;

To Whom This May Concern:

Commissioner, et al.,

1) You are herein demanded by the undersigned to verify that Your, and Your delegates', collection activities and performances are within Your official duties as the officer or employee or assignee of the United States of America; and specifically,

2) **You are demanded by the undersigned to prepare and produce to the undersigned written** **verified assessment(s)** **concerning all supposed liability and debt for any years questioned for account # 204269078, including, but not limited to, calendar year 1999, 2000, 2001, and 2002; and,**

3) You are herein noticed not to show up at Our home unannounced as it intimidates Me, causes Me to suffer undue duress and distress, is absolutely unnecessary, and is abusive practice against Me under U.S. federal and Arizona state law upon receipt of this notice; and,

4) You are herein noticed that until You have provided Me the demanded verified assessments for alleged liability and debt that all further activity by You or Your delegates for the collection of this unverified debt is willful abusive practice and categorically willful direct violation of U.S. federal law and Arizona state law; and,

5) You are noticed that henceforth, I authorize You to contact Me **only** by mail at the mailing address above; and,

6) You have 30 days to act in accordance with this demand.

Page 1 of 2

EXHIBIT A.

Robert-Fleck :Smith
4631 E. Monte Way Phoenix AZ 85044

**USPS Certified Mail No.**: 7007 1490 0002 4463 2805

---

I look forward to your support in remediation of the alleged debt(s), the immediate cessation of abusive practices by You and Your delegates, and the appropriate prompt return of all personal property. Notice to agent is notice to principal; notice to principal is notice to agent.

**SPECIAL NOTE:** The use of an account number is not an admission that this is my Social Security Number. It is a number which is owned and controlled by the Social Security Administration and has been assigned to a fiction created by the government.   I do not have a Social Security Number because if I did, I could sell it, change it, or give it away if it was mine.   Since I can't do this to the number, it is not mine and does not belong to me.  It is a tracking number provided by the government to a fiction, not me a human being.

Robert-Fleck :Smith

cc:    Dennis S. Shindel Acting Inspector General  U.S. Treasury Department
       Michael B. Mukasey Attorney General, U.S.
       Terry Goddard, Arizona Attorney General