**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Robert F. Smith,<br><br>　　　　　　Defendant. | No. CV-10-2358-PHX-DGC<br><br>**ORDER** |

On October 13, 2011, Defendant Robert F. Smith filed an emergency motion for relief from deposition, stating that Plaintiff had not yet filed a memorandum in response to Mr. Smith's claim of Fifth Amendment privilege per the Court's order of September 30, 2011, (Doc. 42) and that the Court had not yet ruled on that issue. Doc. 44. Plaintiff filed a response on October 21, 2011, stating that the parties had agreed to reschedule Mr. Smith's deposition until November 15, 2011, to allow the Court to resolve the Fifth Amendment issue. Doc. 45. That issue has since been fully briefed (Docs. 43, 46), and the Court issued an order on November 03, 2011, requiring Mr. Smith to provide Plaintiff the requested information. Doc. 47. The Court will deny Mr. Smith's motion for emergency relief from deposition as moot.

**IT IS ORDERED** that Defendant's motion for emergency relief from deposition (Doc. 44) is **denied** as moot.

Dated this 30th day of January, 2012.

_____
David G. Campbell
United States District Judge