**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>v.<br><br>Robert F. Smith,<br><br>                        Defendant. | No. CV-10-2358-PHX-DGC<br><br>**ORDER** |

Defendant Robert F. Smith filed a request for a certificate of appealability of the Court's order of June 18, 2012, which granted summary judgment to the United States on its action to reduce Mr. Smith's federal tax assessments to judgment. Doc. 80; *see* Doc. 77. Rule 22(b) of the Federal Rules of Appellate Procedure requires that a petitioner in a *habeas corpus* proceeding receive a certificate of appealability before appealing (Fed. R. App. P. 22(b)), but Mr. Smith appeals from a civil judgment. Federal Rule of Appellate Procedure 4(a) governs the filing of his appeal. Fed. R. App. P. 4(a); *see U.S. v. Plechner*, 577 F.2d 596 (9th Cir. 1978) (finding that Rule 4(a) governing the filing of appeals in civil cases applied to enforcement of a bond even when appealed from as part of a criminal proceeding).

Under Rule 4(a)(1)(A), a notice of appeal must be filed with the district clerk within 30 days after the judgment or the order appealed from is entered. Fed. R. App. P. 4(a)(1)(A). When, as here, the United States is a party, the notice of appeal may be filed within 60 days. Fed. R. App. P. 4(a)(1)(B). Mr. Smith filed his request on August 15,

2012, less than 60 after the order he appeals from was entered, and the Clerk's Office and the Ninth Circuit Court of Appeals have construed Mr. Smith's request as a notice of appeal. Docs. 81, 82. The Court need take no further action. *See United Nat'l Ins. Co. v. R&D Latex Corp.*, 242 F.3d 1102, 1109 (9th Cir. 2001) ("Once a notice of appeal takes effect, the district court loses jurisdiction over the matter placed before the appellate court.").

**IT IS ORDERED:**

1. Plaintiff Robert F. Smith's request for a Certificate of Appealability is moot.

Dated this 7th day of September, 2012.

_____
David G. Campbell
United States District Judge